IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02191-BNB

JON PAUL PARSONS,

    Plaintiff,

v.

DR. MARGO GEPPERT,

    Defendant.

---

ORDER OF DISMISSAL

---

On September 26, 2008, Plaintiff Jon Paul Parsons submitted to the Court a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On October 9, 2008, Magistrate Judge Boyd N. Boland entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. Parsons to submit a certified copy of his trust fund account statement for the six months immediately preceding the filing of the instant action. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Parsons now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 19 day of Nov., 2008.

BY THE COURT:

*signature*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02191-BNB

Jon Paul Parsons
Weld County Jail
2110 "O" St
Greeley, CO 80631

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/20/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk